IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES WASHINGTON, <br><br> a/k/a "Chip," <br><br> Defendant. | 16- _10226_ |

GOVERNMENT'S LOCAL RULE 112.4(B)
ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the companies listed below as organizational victims, parent companies of victims, or publicly held corporations that own 10% or more of victim companies, of the crimes alleged in the above-captioned indictment:

1. Achieva Credit Union (FL)
2. Alloya Corporate Federal Credit Union (NY)
3. American Savings Bank
4. Bank of America
5. Bank of Jackson Hole (WY)
6. Cape Cod Cooperative Bank
7. Capital One Bank (VA)
8. Citizens Bank (RI)
9. Commercial Bank of Kuwait (Kuwait)

10. First Merit Bank

11. First Tennessee Bank

12. Foothills Credit Union

13. Gulf Bank

14. Harvard University Employees Credit Union

15. HSBC

16. JP Morgan Chase

17. Logix Bank

18. Northern Skies Federal Credit Union

19. Northern Trust

20. Opportunity Bank (MT)

21. Premier Business Bank

22. Reliant Community Credit Union

23. Santander Bank

24. TD Bank

25. TruWest Credit Union

26. Webster Bank (CT)

27. Whitney Bank

28. Wilson Bank & Trust

         Respectfully submitted,

         CARMEN M. ORTIZ
         United States Attorney

    By:  /s/Seth B. Kosto
        SETH B. KOSTO
        Assistant U.S. Attorney

Dated: August 3, 2016